IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Action No. 12-cr-00144-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PAULO SANTOS-SILVA,

    Defendant.

_____

**AMENDED ORDER APPROVING CJA REQUEST FOR TRAVEL**
_____

    On October 1, 2012, Paulo Santos-Silva's court appointed attorney and Criminal Justice Act ("CJA") Panel member, Marma M. Lake, filed a CJA Request For Travel [ECF No. 27] requesting court approved airline transportation and overnight accommodations for a Change of Plea hearing on Thursday, October 18, 2012, at 9:00 a.m. in Denver, CO. After consideration of this matter, the Court approves Lake's request for travel and overnight accommodations. Accordingly, it is

    ORDERED that Lake's CJA Request For Travel [ECF. No. 27] is **GRANTED**.

    Dated: October 17, 2012

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          Chief U. S. District Judge