UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00144-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PAULO DOS SANTOS-SILVA, JR.,

    Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    It is

    ORDERED that a Change of Plea Hearing is set for **Thursday**, **June 20**, **2013**, **at 2:00 p.m. in Courtroom A-1002**.

    Dated: April 10, 2013.